Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

~~Southern~~ Middle District of Florida

Jacksonville Florida Division

| | | |
|---|---|---|
| Debra Ann Brooks | ) | Case No. 3:21-cv-431-MMH-JRK |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Jury Trial: *(check one)* ✓ Yes ☐ No |
| -v- | ) | |
| Taylor Alyson Swift | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Debra Ann Brooks |
   | Street Address | 1246 Lake Forest Blvd. |
   | City and County | Jacksonville, Duval |
   | State and Zip Code | Florida 32208 |
   | Telephone Number | 904-518-6959 |
   | E-mail Address | brookd1990@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Taylor Alyson Swift/Lawyer-Donald Passman-Gang-Tyre-Ramen&
- Job or Title (if known): Singer/song writer/actress/entertainer&award winner/entrepreneur
- Street Address: 132 S. Rodeo Drive #306
- City and County: Beverly Hills/Los Angelas
- State and Zip Code: California 90212
- Telephone Number: 310-777-4800
- E-mail Address (if known): dsp@gangtyre.com/Donald Passman

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question     [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Copyright Act 1976(the Copyright Act), 17 U.S.C. 101 et.seq./28 U.S.C. 1331[,1332(a)] and 1338(a)[and(b.]/28 U.S.C. 1367/Federal Copyright Infringement (17 U.S.C. 501)/17 U.S.C. 504(c)/17 U.S.C 505/17 U.S. Code 106/17 U.S. Code 302 [301(a)]/17 U.S. Code 802

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Debra Ann Brooks (Boehm), is a citizen of the State of *(name)* Florida.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Taylor Alyson Swift, is a citizen of the State of *(name)* Calif/Tenn/N.Y./Rhode Island. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

 b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

 3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff is entitled to[the maximum] statutory damages pursuant to 17 U.S.C. 505(c), in the amount of [$75,000/$150,000] for (Defendant's infringing conduct/for each of Plaintiff's works that Defendant has infringed], and for such other amount as may be proper pursuant to 17 U.S.C. 504(c).
$3,000,000 minimun(see attached pages with copyright hand heart logo--7pages=150 plus

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff created the copyright work on August 29,1980. Plaintiff drew the hand heart logo, had t-shirts made & wore around & had logo drawn up. As a result, plantiff owns any and all copyright rights in the Copyright Work. A true & correct copy of the Copyright is attached as Exhibit #1(see artwork).See photo pictures Exhibit #2(Plaintiff sister in 1980).
The Copyright Work is wholly original, and Plaintiff is the exclusive owner of all right, logo and interest, including all rights under copyright, in the Copyright Work.
SEE ATTACHED PAGE--Statement of Claim

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff requests judgement against Defendant as follows:
1. That defendant has violated Sections 501 of the Copyright Act (17 U.S.C. 501).
[2. That Defendant has violated Copyright Act 1976(the copyright act), 17 U.S.C. 101 et.seq./28 U.S.C.
SEE ATTACHED PAGE--RELIEF

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/21/21

Signature of Plaintiff: Debra Brooks
Printed Name of Plaintiff: Debra A. Brooks

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

 Gmail

**debra brooks <brookd1990@gmail.com>**

# THE AMOUNT IN CONTROVERSY (continued)
1 message

**debra brooks** <brookd1990@gmail.com>   Thu, Apr 1, 2021 at 12:57 PM
To: debra brooks <brookd1990@gmail.com>

Individual pictured items & all ongoing use in future of infringing conduct.



debra brooks <brookd1990@gmail.com>

## Statement of Claim (continued)
1 message

**debra brooks** <brookd1990@gmail.com>  
To: brookd1990@gmail.co

Tue, Mar 23, 2021 at 1:48 PM

Plaintiff is the owner of valid and subsisting United States Copyright Registration No. (VAu 22-593) for correct copy of the registration certificate [& assignment records] Exhibit #4, for Plaintiffs

Registration No. [VAu 22-593]. Does not include pre-existing registered wording. Potential album cover never happened.

Taylor Swift started using my "Copyright Works" in 2015 on her website(www.TaylorSwift.com)& various social media to promote "her empire"(see attached list-Taylor Swift mini fact sheet page).

She promotes her own lifestyle & business empire thru internet/concerts/TV shows & streaming/radio/sells her Taylor Swift merchandise ( see mini Taylor Swift fact sheet & attached sheets. UTILIZES my "Copyright Works" to make a considerable amount of money for her "Own Personal & Business Empire".

Taylor Swift worth 380million.

SIMILARITIES ARE UNDENIABLE.

 debra brooks <brookd1990@gmail.com>

## RELIEF (continued)

**debra brooks** <brookd1990@gmail.com>　　　　　　　　　　　　　　Fri, Mar 19, 2021 at 11:07 AM
Draft To: debra brooks <brookd1990@gmail.com>

WHEREFORE, Plaintiff requests judgment against Defendant as follows:
1. That Defendant has violated Sections 501 of the Copyright Act (17 U.S.C. § 501).
[2. That Defendant has [DESCRIBE ANY OTHER FEDERAL LAW, STATE LAW, OR OTHER VIOLATIONS].]
3. Granting an injunction [temporarily,] [preliminarily,] [and] permanently enjoining the Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, and all of those in active concert and participation with any of the foregoing persons and entities who receive actual notice of the Court's order by personal service or otherwise, from:
a. [manufacturing,] [distributing,] [marketing,] [advertising,] [promoting,] [displaying,] [performing,] [or] [selling] or authorizing any third party to [manufacture,] [distribute,] [market,] [advertise,] [promote,] [display,] [perform,] [or] [sell] the Infringing Work and any products, works, or other materials that include, copy, are derived from, or otherwise embody the Copyrighted Work;
b. [reproducing,] [distributing,] [performing,] [or] [publicly displaying] the Copyrighted Work, [creating any derivative works based on the Copyrighted Work,] or engaging in any activity that infringes Plaintiff's rights in its Copyrighted Work; and
c. aiding, assisting, or abetting any other individual or entity in doing any act prohibited by sub-paragraphs (a) or (b).
4. That Defendant be ordered to provide an accounting of Defendant's profits attributable to Defendant's infringing conduct, including Defendant's profits from sales of the Infringing Work and any products, works, or other materials that include, copy, are derived from, or otherwise embody the Copyrighted Work.
5. That Defendant be ordered to destroy or deliver up for destruction all materials in Defendant's possession, custody, or control used by Defendant in connection with Defendant's infringing conduct, including without limitation all remaining [copies/inventory] of the Infringing Work and any products and works that embody any reproduction or other copy or colorable imitation of the Copyrighted Work, as well as all means for manufacturing them.
6. That Defendant, at its own expense, be ordered to recall the Infringing Work from any distributors, retailers, vendors, or others that have distributed the Infringing Work on Defendant's behalf, and any products, works or other materials that include, copy, are derived from, or otherwise embody the Infringing Work or the Copyrighted Work, and that Defendant be ordered to destroy or deliver up for destruction all materials returned to it.
7. Awarding Plaintiff:
a. Defendant's profits obtained as a result of Defendant's infringing conduct, including but not limited to all profits from sales and other exploitation of the Infringing Work and any products, works, or other materials that include, copy, are derived from, or otherwise embody the Infringing Work or the Copyrighted Work, or in the Court's discretion, such amount as the Court finds to be just and proper;
b. damages sustained by Plaintiff as a result of Defendant's infringing conduct, in an amount to be proven at trial;
c. should Plaintiff so elect, statutory damages pursuant to 17 U.S.C. § 504(c) instead of actual damages or profits; and
d. Plaintiff's reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505.
8. Awarding Plaintiff interest, including pre-judgment and post-judgment interest, on the foregoing sums.
9. Awarding such other and further relief as the Court deems just and proper.

10. Pay all Plaintiffs Taxes
11. $3,000,000 million

   debra brooks <brookd1990@gmail.com>

## Taylor Swift FACT SHEET /HAND HEART LOGO
3 messages

**debra brooks** <brookd1990@gmail.com>  Tue, Mar 16, 2021 at 7:18 PM
To: brookd1990@gmail.com
Cc: brookd1990@gmail.co

Born Dec. 13, 1989

Net worth 365 million(per google)

A renowned singer songwriter/actress/TV commercial actress/very popular entertainer & award winner

Facebook 211million
Instagram 127million
Twitter 88million
U-tube 41.6million
Google most searched women in 2020
Tumbler
Amazon
Social Media

Awards:

Academy of Country music=9
American music=24
Billboard music=23
CMT music=6
Grammy awards=11
I heart radio music=10
MTV=10
Peoples Choice awards=11

My HAND HEART LOGO ON Taylor Swift website
www.taylor swift.com

SIMILARITIES TO MY HAND HEART LOGO(Copyright Works) UNDENIABLE